## COOK *v.* COOK'S ESTATE.

[No. 11,437.    Filed June 7, 1922.]

From Starke Circuit Court; *William C. Pentecost,* Judge.

Action between Milton E. Cook and the estate of Ella M. Cook, deceased, Dora M. Webb, executrix.    From the judgment rendered, the former appeals.    *Affirmed.*

*Oscar B. Smith* and *Charles Hamilton Peters,* for appellant.
*William J. Reed,* for appellee.

REMY, J.—Affirmed on authority of *Rook* v. *Straus Bros. Co.* (1916), 60 Ind. App. 381, 110 N. E. 1006.

---

## TRUSTEES OF THE PRESBYTERIAN CHURCH OF LAPORTE, INDIANA, *v.* CHULIP.

[No. 10,947.    Filed March 9, 1922.    Rehearing denied June 21, 1922.]

From Laporte Circuit Court; *James F. Gallaher,* Judge.

Action by William H. Chulip against the Trustees of the Presbyterian Church of Laporte, Indiana.    From a judgment for plaintiff, the defendant appeals.    *Affirmed.*

*Frank E. Osborn, Lee L. Osborn, Kenneth D. Osborn, Alfred J. Link* and *Ben C. Rees,* for appellant.
*M. R. Sutherland* and *Ralph N. Smith,* for appellee.

McMAHAN, J.—Complaint by appellee to quiet title to certain real estate.    Appellant claimed title to the real estate through item 4 of the will of Abraham J. Westervelt.

The cause was tried by the court.    The facts were found specially and are in substance the same as those set out in *Trustees Presbyterian Church* v. *Katsianis* (1922), *ante* 406, 134 N. E. 684, and on the authority of that case we hold that the judgment in this case must be affirmed.

Appellee with some merit contends that appellant has not properly presented any question for our determination, but in view of the fact that the cause must be affirmed on the merits, we do not pass upon the questions raised by appellee.

Judgment affirmed.